## Barrett, Appellant, v. Otis Elevator Company.

Argued June 16, 1966. *Leo G. Knoll,* for appellant; *James M. Howley,* with him *James W. Scanlon,* for appellee.

Order affirmed.

## Bazata, Appellant, v. Burton.

Argued June 21, 1966. *David H. Kubert,* for appellant; *Bayard M. Graf,* with him *J. Willison Smith, Jr.,* for appellee.

PER CURIAM: The six judges who heard the argument of this appeal being equally divided in opinion, the order of the court below is affirmed.

SPAULDING, J., absent.

## Bickel Unemployment Compensation Case.

Argued June 17, 1966. *Benjamin Pomerantz,* for claimant, appellant; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,* Acting Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.